IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| JOHN DILLARD, et al., | ) | |
| | ) | |
|     Plaintiffs, | ) | |
| | ) | |
|     v. | ) | CIVIL ACTION NO. |
| | ) |   2:87cv1217-T |
| CITY OF GENEVA, | ) |     (WO) |
| | ) | |
|     Defendant. | ) | |

OPINION

By order entered on April 15, 2003 (Doc. No. 60), the
court granted the plaintiffs' motion for proceedings leading
to dismissal of this action, filed March 24, 2003 (Doc. No.
58), to the extent that defendant City of Geneva was "to
notify the court by no later than May 28, 2004, as to
whether its single-member district plan has been
precleared."  The court further stated that, "If the plan
has been precleared by then, the court will then award
counsel for plaintiffs an attorney's fee of $ 500.00, and
this case will be dismissed."

On September 8, 2005 (Doc. No. 73),  the City of Geneva filed with the court an evidentiary submission, attached to which is a notice from the Voting Section of the Civil Rights Division of the United States Justice Department indicating that the City of Geneva has obtained preclearance, as required by § 5 of the Voting Rights Act, as amended, 42 U.S.C.A. § 1973c.  Accordingly, the plaintiffs are now entitled to an attorney's fee of $ 500.00 and this case is due to be dismissed.

An appropriate judgment will be entered.

DONE, this the 12th day of September, 2005.


   /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE