```
        IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

           MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


JOHN DILLARD, et al.,       )
                            )
    Plaintiffs,             )
                            )
    v.                      )    CIVIL ACTION NO.
                            )       2:87cv1217-T
CITY OF GENEVA,             )          (WO)
                            )
    Defendant.              )
```

## JUDGMENT

In accordance with the memorandum opinion entered this day, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

    (1) The plaintiffs shall have and recover from defendant City of Geneva the amount of $ 500.00 for attorney's fees.

    (2) This lawsuit is dismissed in all other respects.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 12th day of September, 2005.


                         /s/ Myron H. Thompson
                         **UNITED STATES DISTRICT JUDGE**